# United States Court of Appeals
## For the First Circuit

No. 14-1402

UNITED STATES OF AMERICA,

Appellee,

v.

OSVALDO RIVERA-GONZALEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 8, 2016, is amended as follows:

On page 5, line 21, the sentence

> At sentencing, there was also discussion of whether the federal sentence should be consecutive or concurrent with any Puerto Rico sentence.

is changed to read:

> At sentencing, there was also discussion of whether the federal sentence should be consecutive to, or concurrent with, any Puerto Rico sentence.

On page 14, line 4 to page 14, line 8, the sentence

> Nor can we "endorse the summary imposition of such a significant prohibition without impairing the 'fairness, integrity, or public reputation of the judicial proceedings.'" Id. at 79 (quoting Wallace, 461 F.3d at 44).

is changed to read:

>Nor can we "endorse the summary imposition" of this significant variance "without impairing the 'fairness, integrity, or public reputation of the judicial proceedings.'" Id. at 79 (quoting Wallace, 461 F.3d at 44).